MICHAEL K. PORTER, OSB No. 211377
Sr. Deputy City Attorney
mike.porter@portlandoregon.gov
ELIZABETH C. WOODARD, OSB No. 075667
Sr. Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Counsel for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **JESUS VELEZ PASTRANA** and **JOHN G. IRWIN JR.**,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PORTLAND**, a municipal corporation, **JOSEPH GARY SUMNER**, an individual, **SHAUN LEE PALMER**, an individual, and **JOHN** or **JANE DOE**, an induvial,<br><br>Defendants. | **Case No. 3:24-cv-00587-AB**<br><br>**DECLARATION OF MICHAEL K. PORTER**<br><br>**(In Support of Motion for Leave to Conduct Deposition of Defendant Joseph Gary Sumner)** |

I, Michael K. Porter, Sr. Deputy City Attorney, declare as follows:

1. I make this declaration in support of Motion for Leave to Conduct Deposition of Defendant Joseph Gary Sumner.

2. I seek to depose Defendant Sumner who is currently incarcerated.

3. According to Oregon Department of Corrections Oregon Offender Search, Joseph Gary Sumner is currently incarcerated at Snake River Correctional Institution with an Earliest Release Date of August 5, 2031.

4. The testimony of Defendant Sumner is necessary because it is relevant to several defenses at issue in this suit. It is alleged that Defendant Sumner, while driving a stolen truck, evaded arrest and then drove recklessly through the streets of Portland. It is further alleged that Defendant Sumner ran a stop sign and was struck by another car, resulting in significant injuries to Plaintiffs. Defendant Sumner's testimony is therefore highly relevant to both dispositive motions and issues of liability.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: January 23, 2025

*/s/ Michael K. Porter*
Michael K. Porter



PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047