MICHAEL K. PORTER, OSB No. 211377
Sr. Deputy City Attorney
mike.porter@portlandoregon.gov
ELIZABETH C. WOODARD, OSB No. 075667
Sr. Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Counsel for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**JESUS VELEZ PASTRANA** and **JOHN G. IRWIN JR.,**

Plaintiffs,

v.

**CITY OF PORTLAND**, a municipal corporation, **JOSEPH GARY SUMNER**, an individual, **SHAUN LEE PALMER**, an individual, and **JOHN** or **JANE DOE**, an induvial,

Defendants.

**Case No. 3:24-cv-00587-AB**

**DECLARATION OF MICHAEL K. PORTER**

**(In Support of Joint Motion for Extension of Deadlines)**

I, Michael K. Porter, Sr. Deputy City Attorney, declare as follows:

1. Counsel for Plaintiffs and Defendant City of Portland (together, "Moving Parties") discussed the Joint Motion by phone and via email.

2. Recently, Defendant City of Portland scheduled a half-day deposition of Defendant Joseph Gary Sumner. Defendant Sumner is incarcerated at Snake River Correctional Institution ("SRCI").

3. As the Court is aware, Defendant Sumner had lingering concerns related to providing sworn testimony. Those concerns required judicial intervention.

4. The accompanying delay—more than an hour—resulted in SRCI terminating the deposition before its completion.

5. The parties attempted to quickly reschedule with SRCI; however, its next available date is not until well after the current discovery deadline.

6. Defendant Sumner's deposition is scheduled to continue on March 21, 2025.

7. Additionally, an earlier request to amend the scheduling order to allow for the bifurcation of liability and damages discovery in this matter did not fully accommodate expert timelines.

8. The parties come before the Court, believing good cause exists, and ask for an extension of deadlines, as laid out in the joint motion, to accommodate additional discovery and refine expert disclosure timelines.

9. I make this declaration in support of the Joint Motion for Extension of Deadlines.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: February 28, 2025

*/s/ Michael K. Porter*
Michael K. Porter



PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047